UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

JAMES WHITE,

                      Plaintiff,

                  v.                                    9:07-CV-1147
                                                         (FJS/DEP)

MURPHY, Sergeant, Great Meadow Correctional
Facility, et al.,

                      Defendants.
_____

APPEARANCES:                            OF COUNSEL:

<u>FOR PLAINTIFF</u>:

JAMES WHITE, *Pro se*
96-B-0347
Elmira Correctional Facility
P.O. Box 500
Elmira, NY   14902


<u>FOR DEFENDANTS</u>:

[NONE]


**FREDERICK J. SCULLIN, S.D.J.**:


### DECISION AND ORDER

      Presently before the Court is Magistrate Judge David E. Peebles' October 9, 2008 Report-Recommendation in which he recommends that plaintiff's complaint be dismissed in all respects, without prejudice.  The Court having reviewed the Report-Recommendation and the entire file in this matter and no objections to said Report-Recommendation having been filed, the Court

hereby

  **ORDERS** that the Report-Recommendation filed by Magistrate Judge David E. Peebles on October 9, 2008 is, for the reasons stated therein, accepted in its entirety; and the Court further

  **ORDERS** that plaintiff's complaint in this action is **DISMISSED** in all respects, without prejudice, and the Court further

  **ORDERS** that the Clerk of the Court shall enter judgment in favor of the defendants and close this case.

**IT IS SO ORDERED**.

Dated: October 29, 2008
   Syracuse, New York

                _____
                Frederick J. Scullin, Jr.
                Senior United States District Court Judge